ANN C. MOORMAN, ESQ. (CSB 130144)
Law Offices of Ann C. Moorman
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile: 707- 468-0522

Attorney for Defendant
JOSEPH WILLIS, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH WILLIS, JR, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-00884 VRW <br><br> STIPULATION AND [PROPOSED] ORDER RESETTING DETENTION HEARING DATE |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Andrew Caputo, Assistant United States Attorney and defendant, Joseph Willis, Jr., through his counsel, Ann C. Moorman, that the detention hearing of defendant Willis, currently set for April 8, 2009 at 9:30 a.m., be vacated and reset for April 15, 2009 at 9:30 a.m. before Hon. Magistrate Judge Edward M. Chen.

IT IS SO STIPULATED.

Dated: April 7, 2009          /s/ Ann C. Moorman
                                                   ANN C. MOORMAN
                                                   Counsel for Defendant Joseph Willis, Jr.

Dated: April 7, 2009          /s/ Andrew Caputo
                                                   ANDREW CAPUTO
                                                   Assistant United States Attorney

Stipulation and [Proposed] Order
Resetting Hearing Date

1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the April 8, 2009 detention hearing of Defendant Joseph Willis, Jr. is hereby vacated and reset to be heard April 15, 2009 at 9:30 a.m..

**IT IS SO ORDERED:**

Dated: April 9, 2009 _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and [Proposed] Order
Resetting Hearing Date

2