JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0884 VRW |
| Plaintiff, | STIPULATION REQUESTING PROTECTIVE ORDER, AND [PROPOSED] ORDER |
| v. | |
| JOSEPH WILLIS, JR., | |
| Defendant. | |

    The parties respectfully stipulate as follows:

    1.    The United States expects to call as a witness at trial Deneal Bobo, the undercover FBI source who conducted the crack cocaine purchase charged against defendant in the indictment.

    2.    Mr. Bobo has a criminal record. The United States would like to provide Mr. Bobo's criminal "rap sheet" to defendant in advance of trial. The parties agree that it is appropriate to restrict disclosure of the rap sheet solely to defendant, defendant's counsel, and any other member of defendant's trial team, including the investigative firm or any expert witness assisting in the preparation of the defense, in the above captioned matter and solely for

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0884 VRW

1 | use in preparing for and conducting the trial of the above-captioned matter.  The parties agree
2 | that the persons described in the previous sentence should be barred from distributing Mr.
3 | Bobo's rap sheet to any other person or entity.   Such persons are also barred from using it for
4 | any purpose other than trial in the above-captioned matter.
5 |       3.    Mr. Bobo has a pending criminal case in this district, <u>United States v. Deneal
6 | Bobo</u>, No. CR 08-0618 WHA.  The United States represents that Mr. Bobo has entered into a
7 | plea agreement with the United States in that pending criminal case and would like to provide a
8 | copy of that plea agreement to defendant in advance of trial in the instant case.  That plea
9 | agreement is currently under seal.  The United States will seek an order from Judge Alsup
10 | authorizing disclosure of Mr. Bobo's plea agreement to defendant in the instant matter.  The
11 | parties believe that it is appropriate to restrict the disclosure of Mr. Bobo's plea agreement under
12 | the same terms as described above concerning the rap sheet – that is, that disclosure of the plea
13 | agreement shall be limited to defendant, defendant's counsel, and any other members of
14 | defendant's trial team including any investigators and/or expert witnesses, and that these
15 | individuals may use this plea agreement solely for purposes of preparing for and conducting the
16 | trial in the above captioned matter.
17 |       4.    The parties respectfully ask the Court to enter a protective order consistent with
18 | this stipulation.  A proposed order is set out below.
19 | IT IS SO STIPULATED.

DATED: May 26, 2009            /s/
                               ANN C. MOORMAN
                               Attorney for Defendant


DATED: May 26, 2009            /s/
                               ANDREW P. CAPUTO
                               Assistant United States Attorney

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0884 VRW                         2

**[PROPOSED]** ORDER

Upon consideration of the parties' stipulated request for a protective order, the Court hereby enters the following order:

The United States shall disclose forthwith to defendant's counsel the criminal "rap sheet" for Deneal Bobo. Disclosure of the rap sheet shall be restricted to defendant, defendant's counsel, and any other members of defendant's trial team in the above-captioned matter. These specified individuals may use the rap sheet solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

If and when authorized to do so by Judge Alsup, the United States shall disclose to defendant's counsel in the instant case the plea agreement entered into by Mr. Bobo in <u>United States v. Deneal Bobo</u>, No CR 08-0618 WHA. Disclosure of the plea agreement shall be restricted to defendant, defendant's counsel, and any other members of defendant's trial team in the above-captioned matter. These specified individuals may use the plea agreement solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

IT IS SO ORDERED.

DATED: May 27, 2009



PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0884 VRW

3