1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: andrew.caputo@usdoj.gov

8  Attorneys for Plaintiff

9
                         UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,       )   No. CR 08-0884 VRW
14                                 )
         Plaintiff,                )   STIPULATED REQUEST TO ADVANCE
15                                 )   COMMENCEMENT OF JURY TRIAL BY
      v.                           )   ONE BUSINESS DAY, AND
16                                 )   [PROPOSED] ORDER
   JOSEPH WILLIS, JR.,             )
17                                 )
         Defendant.                )
18  _____ )

19

20       The parties respectfully stipulate as follows:

21       1.     At the status hearing held on July 8, 2009, the Court continued the jury trial in this

22  matter until Monday, August 3, 2009.  For the reasons described below, the parties respectfully

23  request that the Court amend this schedule to provide that the trial begin the previous Friday, July

24  31.

25       2.     Government counsel and his family are booked on an international flight that

26  departs San Francisco on Friday, August 7, at 2:00 p.m.  To maximize the odds that the trial will

27  be completed prior to August 7, the government respectfully requests that the Court advance the

28  commencement of the trial to Friday, July 31.  Defendant stipulates to this request.

STIP. RE: COMMENCEMENT OF TRIAL, AND [PROPOSED] ORDER
CR 08-0884 VRW

1    3.   Under the parties' proposal, jury selection would occur on the date previously
2  ordered by the Court, July 28. The only amendment to the schedule being requested by the
3  parties is to commence the trial itself one business day earlier than previously ordered.
4    IT IS SO STIPULATED.

6  DATED: July 9, 2009              _____/s/_____
                                    ANN C. MOORMAN
7                                   Attorney for Defendant

9  DATED: July 9, 2009              _____/s/_____
                                    ANDREW P. CAPUTO
10                                  Assistant United States Attorney

13                          [PROPOSED] ORDER
14    Good cause appearing based on the parties' stipulation, the jury trial in this matter will
15  commence on July 31, 2009, at 8:30 a.m. The pretrial conference and jury selection will occur
16  on July 28, 2009, commencing at 9:00 a.m., as previously ordered by the Court.
17    IT IS SO ORDERED.

19  DATED: July 14, 2009            _____
                                    VAUGHN R. W[...]
20                                  Chief J[...] Court

[Signature and seal: IT IS SO ORDERED, Judge Vaughn R Walker, United States District Court, Northern District of California]

STIP. RE: COMMENCEMENT OF TRIAL, AND [PROPOSED] ORDER
CR 08-0884 VRW                           2