UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

**FILED**

AUG 10 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>JOSEPH WILLIS, JR. ) | Docket Number: CR 08-0884-01 VRW |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 24th day of September, 2009, be continued until 12th day of November, 2009, at 2:00 p.m.

Date: 8/10/2009

_____
VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE

CM/cm