1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH WILLIS, JR., ) <br> ) <br> Defendant. ) | No.: CR 08-0884 VRW <br><br> STIPULATION AND [PROPOSED] <br> ORDER RESETTING DATE OF <br> JUDGEMENT AND SENTENCING |

   IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Andrew Caputo and defendant Joseph Willis, through his counsel, Ann C. Moorman, that the sentencing date presently set for November 12, 2009 at 2:00 p.m. shall be vacated and reset to December 17, 2009 at 2:00 p.m. in the above-entitled court.  Defendant's counsel has been conducting a jury trial in *United States v. Harkonen*, Case No. CR 08-0164 MHP, since August 11, 2009 and has been unable to prepare and submit materials to Probation in time to comply with the current dates.

   Defendant Willis' Probation Officer, John D. Woods, has been advised of this request and has no objection.

///

///

Stipulation and [Proposed] Order Resetting
Date of Judgment and Sentencing                    1

IT IS SO STIPULATED:

Dated: September 28, 2009         /s/ Ann C. Moorman         .
                                  ANN C. MOORMAN
                                  Attorney for Defendant Joseph Willis, Jr.

Dated: September 28, 2009         /s/ Andrew Caputo         .
                                  ANDREW CAPUTO
                                  Assistant United States Attorney

**ORDER**

BASED UPON THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT the Judgment and Sentencing of Joseph Willis, Jr., currently scheduled for November 12, 2009 at 2:00 p.m. shall be vacated and re-set for December 17, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: __9/29/2009__

                                  HON. _____ WALKER
                                  United States _____ Judge

[GRANTED — Judge Vaughn R Walker]

Stipulation and [Proposed] Order Resetting
Date of Judgment and Sentencing         2