IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH WILLIS, JR.,<br><br>Defendant. | No. CR-08-0884 MMC<br><br>**ORDER APPROVING STIPULATION REGARDING SENTENCE REDUCTION AND DISMISSAL OF DEFENDANT'S MOTION TO VACATE SENTENCE; VACATING NOVEMBER 15, 2011 EVIDENTIARY HEARING** |

Before the Court is the parties' "Stipulation Regarding Sentence Reduction Under U.S.S.G. § 1B1.10(b)(1) (As Amended by Amendment 750, Parts A & C) and Dismissal of Motion Under 28 U.S.C. § 2255," filed October 13, 2011.

Good cause appearing, the stipulation is hereby APPROVED.

Accordingly, and as set forth in the stipulation,

1. An amended judgment will be entered on November 1, 2011, in accordance with the parties' stipulation;

2. Defendant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is DISMISSED with prejudice; and

3. The November 15, 2011 evidentiary hearing is VACATED.

**IT IS SO ORDERED.**

Dated: October 18, 2011

MAXINE M. CHESNEY
United States District Judge