1  **Joshua Hill, Jr. (SBN 250842)**
   **jhill@sidley.com**
2  **Renée Pesiri (SBN 293317)**
   **rpesiri@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street**
4  **Suite 2000**
   **San Francisco, California  94104**
5  **Telephone:  +1 415 772-1200**
   **Facsimile:  +1 415 772-7400**
6
   **Attorneys for JOSEPH WILLIS**
7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) Case No. CR 08-0884 MMC
12 |          Plaintiff,              ) **ORDER APPROVING**
   |                                  )
   |                                  ) **STIPULATION** ~~AND [PROPOSED]~~
13 | vs.                              ) ~~ORDER~~ **FOR IMMEDIATE**
   |                                  ) **TERMINATION OF THE TERM OF**
14 | JOSEPH WILLIS,                   ) **SUPERVISED RELEASE FOR**
   |                                  ) **DEFENDANT JOSEPH WILLIS AND**
15 |          Defendant.              ) **IMMEDIATE RELEASE FROM THE**
   |                                  ) **HALF-WAY HOUSE**
16 |                                  )
   |                                  )
17

1   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Michael Maffei, Assistant United States Attorney, counsel for Plaintiff, and Joshua Hill, Jr. of Sidley Austin LLP, counsel for Defendant, Joseph Willis, that Mr. Wills' term of supervised release be terminated, effective immediately.

Mr. Wills appeared before this Court on June 22, 2016 on a hearing for revocation of his supervised release. Mr. Willis admitted violations of two standard conditions of his supervised release: (1) failing to timely notify his probation officer of his change in residence; and (2) failing to attend educational programs on January 13, January 20, and January 27, 2016 that Mr. Willis' probation officer directed him to attend.

During Mr. Willis' June 22, 2016 appearance, this Court sentenced Mr. Willis to six months in a half-way house (*i.e.*, "community confinement"). At that time, and before this Court, the Government and Mr. Willis agreed that within 10 days of Mr. Willis' release from the half-way house, the parties would file a joint stipulation for early termination of Mr. Willis' supervised release. This agreement was included in the Court's Criminal Minutes attached hereto as Exhibit A.

Mr. Willis is due to be released from the half-way house on January 23, 2017. Mr. Willis has abided by all rules and restrictions in place at his half-way house and has had no infractions.

As such, the Government and Mr. Willis further agree that he shall be released from the half-way house immediately upon this Court's Order.

**SO STIPULATED.**

DATED: _____        __/s/_____
                                Michael Maffei (CBN 240978)
                                Assistant United States Attorney
                                Michael.Maffei@usdoj.gov
                                Attorney for United States of America

DATED: _____        __/s/_____
                                Joshua Hill, Jr. (CBN 250842)
                                jhill@sidley.com
                                Renée Pesiri (CBN 293317)
                                rpesiri@sidley.com
                                Attorneys for DEFENDANT JOSEPH WILLIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

Pursuant to the joint stipulation of the parties to terminate the Mr. Willis' term of supervised release, the Court is satisfied that such action is warranted by the conduct of the Mr. Willis and hereby discharges Mr. Willis from the remainder of his term.

Based on these findings, it is HEREBY ORDERED THAT the Defendant's term of supervised release is terminated effective as of the date of this Order, and that the Defendant shall be released from the half-way house effective upon the date of this Order.

**IT IS SO ORDERED.**

DATED: January 9, 2017

MAXINE M. CHESNEY
United States Senior District Judge